# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT COURT OF TENNESSEE
# AT GREENEVILLE

Sheila Cash,

    Plaintiff,

vs.                                  No.:
                                         JURY DEMANDED

v DPI Group LLC, Angela S. Bingham, Pasquale Desantis,

    Defendants.

## PETITION AND NOTICE OF REMOVAL

TO:    The United States District Court
          Eastern District of Tennessee
          220 West Depot Street, Suite 200
          Greeneville, Tennessee 37743

PLEASE TAKE NOTICE that Pasquales Desantis, hereby removes this action, pursuant to 28 U.S.C. § 1441, from the Circuit Court for Sullivan County, Tennessee to the United States District Court for the Eastern District of Tennessee, and respectfully states to this Court as follows:

    1.    On or about April 20, 2018, Sheila Cash commenced a civil action against this defendant by filing a Complaint in the Circuit Court for Sullivan County, Tennessee.

    2.    The plaintiff forwarded a Request for Waiver of Service to counsel for Mr. Desantis on August 8, 2018. That Request for Waiver of Service was accepted on August 27, 2018. *Collective Exhibit A*. The plaintiff's Complaint seeks damages of $1,000,000.00. Copies of the Complaint and all other pleadings filed to date in the

Sullivan County Circuit Court are attached hereto and incorporated by reference herein as *Collective Exhibit B*.

3. For the reasons stated below, this Court has jurisdiction over the state court action pursuant to 28 U.S.C. § 1332, because it is a civil action in which the amount in controversy exceeds the sum of $75,000.00, exclusive of costs and interest, and it is between citizens of different states.

I. This Defendant has satisfied the procedural requirements for removal.

4. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), because it is filed "within thirty days after receipt by the defendant . . . of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b) (2018).

5. The United States District for the Eastern District of Tennessee includes the county in which the state court action is now pending. Therefore, this Court is a proper venue for this action pursuant to 28 U.S.C. § 123(a)(3) and § 1441(a).

6. Pursuant to 28 U.S.C. § 1446(d), the defendant has filed written notice of this removal with the Clerk of the State Court in which the action is currently pending. Copies of the Notice of Filing, together with this Notice of Removal, are being served upon plaintiff's counsel pursuant to 28 U.S.C. § 1446(d).

II. Removal is proper in the present case.

7. The amended Complaint seeks damages of $1,000,000.00 and therefore the amount in controversy of said action exceeds the sum or value of $75,000.00. See *Collective Exhibit B*.

8. There is complete diversity between the plaintiffs and the defendant. In the plaintiffs' Complaint, the plaintiff admits that she is a citizen and resident of the state of Tennessee. (Compl. ¶ 1). Further, the plaintiff also admits in her Complaint that this defendant is a citizen and resident of California. (Compl. ¶ 3). The remaining defendants are domiciled in California and Alabama, according to the plaintiff's Complaint. (Compl. ¶¶ 2 & 4). Thus, complete diversity exists among the parties in this case. In addition, defendant DPI Group, LLC consents to removal of this action and defendant Bridgman has not been served with the Complaint.

9. As of the filing of this Petition, Defendant Angela S. Bingman has not been served with process. Defendant DPI Group, LLC consents to the removal of this action.

WHEREFORE, this defendant respectfully removes this action from the Sullivan County Circuit Court in Blountville, Tennessee, bearing docket number C2370, to this Court.

This 27th day of August, 2018.

Respectfully submitted,

MCANGUS GOUDELOCK & COURIE, LLC

__/s/ Joshua A. Wolfe_____
JOSHUA A. WOLFE, 23101
520 West Summit Hill Drive, Suite 905
Knoxville, Tennessee 37902
Phone: (865) 243-2743
Facsimile: (865) 381-1417
Email: joshua.wolfe@mgclaw.com

ATTORNEY FOR DPI GROUP, LLC and
PASQUALE DESANTIS

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This the 27th day of August, 2018.

_____/s/ Joshua A. Wolfe_____
JOSHUA A. WOLFE